IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID DECKLER )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CLIFFORD OLANDER AND TARGET )<br>STORES, INC. )<br>) <br>Defendants ) | <br><br><br><br><br><br><br><br><br><br>FEBRUARY 27, 2012 |

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The Defendants, Target Corporation and Clifford Olander, (hereinafter collectively referred to as "Target"), by and through their undersigned counsel, and pursuant to 28 U.S.C.A. §§ 1332(a) and 1441 hereby remove this action from the Superior Court, Judicial District of New London, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The Plaintiff served an action against Defendants Clifford Olander and Target Stores, Inc. on or about January 26, 2012 entitled <u>David Deckler v. Clifford Olander and Target Stores, Inc.</u> bearing a return date of February 28, 2012 and made returnable to the Judicial District of New London. Although defendants believe Mr. Deckler was not properly served with process, defendants did receive notice of suit. This is the only pleading in said case to date. A copy of the Summons and Complaint is attached hereto as **Exhibit "A."**

2.

In the Complaint, the Plaintiff asserts claims for negligence and recklessness against defendants alleging that defendants caused a motor vehicle accident on October 27, 2010 at the intersection of Flanders Road and Chapman Woods Road in East Lyme, Connecticut. The plaintiff, a resident of Wallingford, Connecticut, is claiming physical injuries, some of which are stated to likely be "permanent", including injuries to his back, neck, right knee, left thigh, chest and vertigo. He is claiming past and future medical expenses and mental suffering. Without waiver of the right to contest the nature and extent of these injuries, any award in favor of plaintiff could potentially exceed the jurisdictional threshold.

3.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Target Corporation is a Minnesota corporation with a principal place of business in Minneapolis, Minnesota. The defendant, Clifford Olander, is an employee of Target Corporation and also a resident of Minneapolis, Minnesota.

4.

The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the plaintiff and his demand. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

5.

This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendants have complied with all requirements of 28 U.S.C.A. §1446.

WHEREFORE, Defendants Target Corporation and Clifford Olander respectfully requests that the above action be removed from the Superior Court, Judicial District of New London, State of Connecticut, to this Honorable Court.

Respectfully submitted this 27th day of February, 2012.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT:
TARGET STORES, INC.

By /s/ Kevin J. Greene
Kevin J. Greene of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar #: ct16742
Its Attorneys

## CERTIFICATION

This is to certify that on this 27th day of February, 2012, a copy of the foregoing was either, mailed, postage prepaid, or hand-delivered to:

Kelly E. Reardon, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

/s/ Kevin J. Greene

2422703v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105